UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-29-1F

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | ORDER FOR DISMISSAL |
| CEDRICK LAMONT DUPREE | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Information against the abover-captioned defendant, for the following reasons:

1. On April 19, 2010, a Criminal Information was filed charging the defendant with conspiracy to distribute five (5) kilograms or more of cocaine and fifty (50) grams or more of cocaine base (crack), in violation of Title 21, United States Code, Section 846.

2. On July 6, 2010, the defendant elected not to enter the signed plea agreement at the scheduled plea hearing.

Respectfully submitted this the 13th day of August, 2010.

/s/ W. Glenn Perry
W. GLENN PERRY
Special Assistant United States Attorney
Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

JAMES C. FOX
Senior United States District Judge

DATE: 8/17/10